IRVING J. WOLF, Respondent, *v.* ÆTNA ACCIDENT AND LIABILITY COMPANY OF HARTFORD, CONNECTICUT, Appellant.

*Wolf* v. *Ætna Accident & Liability Co.*, 183 App. Div. 409, affirmed. (Argued January 13, 1920; decided January 30, 1920.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 31, 1918, which affirmed a determination of the Appellate Term reversing a judgment of the City Court of the city of New York in favor of defendant entered upon an order setting aside a verdict in favor of plaintiff and directing a dismissal of the complaint, and directed reinstatement of the verdict. The action was to recover upon a policy insuring plaintiff

against loss .by burglary, larceny or theft. Plaintiff alleged that he placed a loose diamond, wrapped in tissue paper, in a jar on a shelf in his kitchen, from which it was feloniously abstracted by some person unknown to plaintiff. Defendant contended that there was no evidence to show that the article in question was lost through the commission of burglary, larceny or theft.

*Joseph L. Prager* and *Edward C. O. Thomas* for appellant.

*George Wolf* and *I. Gainsburg* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, HOGAN, POUND, ANDREWS and ELKUS, JJ. Not voting: McLAUGHLIN, J.